IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

BELINDA JONES,           )
                         )
   Plaintiff,           )
                         )
v.                       )   Case No. 6:16-CV-00052
                         )
UNITED STATES OF AMERICA,)
                         )
   Defendant.           )

## SUPPLEMENTAL PRETRIAL DISCLOSURES

COMES NOW the plaintiff, Belinda Jones, by counsel, and provides her Supplemental Pretrial Disclosures pursuant to Rule 26(a) (3) (A) of the Federal Rules of Civil Procedure.

(ii).　In addition to her previous disclosures, the Plaintiff designates the following witnesses who may be called to testify at trial:

1. Donna Venable, Custodian of Carilion Billing Records, 213 S. Jefferson Street, Suite 510, Roanoke, Virginia 24016, Tel: (540) 224-5480;

2. Angel M. Wheeler, Custodian of Carilion Medical Records, 1906 Belleview Ave., Roanoke, Virginia 24014, Tel: (540) 981-7969 ;

3. Bedford County Fire and Rescue, Billing and Records Custodian for, and believed to be, Deputy Chief Janet Blankenship, 122 E. Main St., Suite 205, Bedford, Virginia 24523, Tel: (540) 587-0700;

4. Erin Gossom, Custodian of Billing and Records for Rehabilitation Associates of Central Virginia. 20347 Timberlake Rd., Suite B, Lynchburg, VA 24502, Tel: (434)845-9053 ext. 1006;

5. Custodian of Billing and Records for General Surgery of Bedford, 1615 Oakwood St., Suite B, Bedford, Virginia 24523, Tel.: (434) 200-3656;

6. Custodian of Records for Benzer Pharmacy, 4860 Rucker, Rd., Moneta, Virginia 24121.

Respectfully submitted,

/s/ Richard F. Popp
Richard F. Popp, Esquire
Skolrood Law Firm, PC
2965 Colonnade Drive, S.W., Suite 225
Roanoke, VA 24018
Telephone: (540) 989-0500
Facsimile: (540) 989-1888
Email: rpopp@skolrood.com
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017, I caused the foregoing Belinda Jones' Supplemental Pretrial Disclosures to be filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice to the following:

>Joseph W.H. Mott, Esquire
>Assistant United States Attorney
>P.O. Box 1709
>Roanoke, VA 24008

>/s/ Richard F. Popp
>Richard F. Popp
>*Counsel for Plaintiff*